STATE v. ROUSE

No. 120A92-3

Case below: Randolph County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Randolph County, denied 4 February 1999.

STATE v. SPOONER

No. 23P99

Case below: 131 N.C.App. 703

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

STATE v. THOMPSON

No. 43P99

Case below: 132 N.C.App. 135

Motion by Attorney General to dismiss appeal allowed 3 March 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

STATE v. VANHOOK

No. 547P98

Case below: 131 N.C.App. 703

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

STATE v. WADDELL

No. 418A98

Case below: 130 N.C.App. 488

Motions by Attorney General to dismiss appeal of right and appeal based on constitutional question denied 4 February 1999.